UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SHOCA SHON OWENS                                                                PLAINTIFF
o/b/o Z.S.O.

v.                                                      CIVIL ACTION NO. 3:12-cv-00151-CWR-LRA

CAROLYN W. COLVIN                                                              DEFENDANT
ACTING COMMISSIONER OF SOCIAL SECURITY

## JUDGMENT

Having reviewed and adopted the Report and Recommendation of the United States Magistrate Judge, *see* Docket No. 18, this Court finds that this action is remanded to the Administrative Law Judge for further proceedings.

IT IS HEREBY ORDERED AND ADJUDGED that the motion to affirm the Commissioner's decision is denied without prejudice. Judgment is entered in favor of the plaintiff only to the extent that the case is remanded for further proceedings.

SO ORDERED, this the 25th day of September, 2013.

                                              s/Carlton W. Reeves
                                              UNITED STATES DISTRICT JUDGE